UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

STAR COMPUTER GROUP, INC.,                    Case No. 15-28100-AJC
                                              Chapter 11
    Debtor.
_____/
JOSEPH J. LUZINSKI, etc.,

    Plaintiff,                            Adv. Case No. 16-01317-AJC

v.

BANKUNITED, N.A., etc.,

    Defendant.
_____/

NOTICE OF FILING
TRUSTEE LUZINSKI'S MOTION TO COMPROMISE CONTROVERSY
BETWEEN STAR COMPUTER GROUP CREDITOR TRUST AND
BANKUNITED, N.A., PURSUANT TO BANKRTUPCY RULE 9019

PLEASE TAKE NOTICE that Joseph J. Luzinski, Trustee of the Star Computer Group Trust ("Trustee Luzinski"), has filed the following in the main bankruptcy case:

- *Motion to Compromise Controversy Between Star Computer Group Creditor Trust and BankUnited, N.A., Pursuant Bankruptcy Rule 9019* [Main Bankruptcy Case N. 15-28100, ECF No. 398]

(the "Settlement Motion"), served on negative notice to all interested parties.

The Settlement Motion relates to the above-captioned adversary proceeding. In accordance with Local Rule 9019-1, if the Settlement Motion is granted, Trustee Luzinski shall submit a proposed order resolving this adversary proceeding consistent with the approved Settlement Motion, and directing the Clerk of Court to close this adversary proceeding.

Adv. Proc. No. 16-01317-AJC

Dated: March 21, 2017.

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

By:  */s/ Patricia a. Redmond*
       PATRICIA A. REDMOND
       Florida Bar No. 303739
       predmond@stearnsweaver.com
       *Counsel for Trustee Luzinski*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served on March 21, 2017, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case, as indicated on the attached Service List.

By: */s/ Patricia A. Redmond         .*
       Patricia A. Redmond

Adv. Proc. No. 16-01317-AJC

# SERVICE LIST
## Adv. Case No. 16-01317-AJC
## United States Bankruptcy Court, Southern District of Florida

The following parties are registered to receive Notice of Electronic Filing and were served through CM/ECF.

- David C. Cimo    dcimo@gjb-law.com, gjbecf@gjb-law.com
- John C German    cody.german@csklegal.com, Yvonne.orosa@csklegal.com
- Lynn Maynard Gollin    lgollin@gordonrees.com, jsoto@gordonrees.com,ghuebscher@gordonrees.com
- Peter H Levitt    plevitt@shutts-law.com