UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

In re                                                                         CASE NO. 15-28100-BKC-AJC
                                                                              CHAPTER 11
STAR COMPUTER GROUP, INC.

    Debtor.
_____/

JOSEPH J. LUZINSKI, Trustee of the                    ADV. NO. 16-01317-BKC-AJC-A
Star Computer Group Creditor Trust,

    Plaintiff,

v.

BANKUNITED, N.A.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Joseph J. Luzinski, as the Trustee of the Star Computer Group Creditor Trust (the "Plaintiff"), and the Defendant, BankUnited N.A., (the "Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as incorporated by Fed. R. Bankr. P. 7041, hereby stipulate to the dismissal of the above-referenced adversary case with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 16th day of, 2017

| | |
|---|---|
| GENOVESE JOBLOVE & BATTISTA, P.A. | SHUTTS & BOWEN LLP |
| Attorneys for the Plaintiff | Attorneys for the Defendant |
| 100 S.E. Second Street, 44th Floor | 200 S. Biscayne Blvd. |
| Miami, FL 33131 | Suite 4100 |
| Tel. (305) 349-2300 | Miami, Florida 33131 |
| | |
| By: /s/ David C. Cimo | By: /s/ Peter H. Levitt |
|    David C. Cimo, Esq. |    Peter H. Levitt, Esq. |
|    Fla. Bar. No. 775400 |    Fla Bar No. 650978 |
|    Email: dcimo@gjb-law.com |    E-mail: plevitt@shutts-law.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or first-class postage-prepaid U.S. Mail to the parties on the attached service list on the 16th day of May, 2017 in the manner indicated.

By: /s/ David C. Cimo
    David C. Cimo, Esq.

**SERVICE LIST**

**16-01317-AJC Notice will be electronically mailed to:**

David C. Cimo, Esq on behalf of Plaintiff Joseph J. Luzinski
dcimo@gjb-law.com, gjbecf@gjb-law.com

John C German on behalf of Interested Party Denise Waissmann
cody.german@csklegal.com, Yvonne.orosa@csklegal.com

John C German on behalf of Interested Party Henry Waissmann
cody.german@csklegal.com, Yvonne.orosa@csklegal.com

Lynn Maynard Gollin, Esq. on behalf of Interested Party Jose Somaza
lgollin@gordonrees.com, jsoto@gordonrees.com,ghuebscher@gordonrees.com

Peter H Levitt, Esq on behalf of Defendant BankUnited, N.A.
plevitt@shutts-law.com

**Via Regular First Class U.S. Mail,
Postage Fully Pre-Paid**

Jordi Guso, Esq.
Berger Singerman
1450 Brickell Ave., Suite 1900
Miami, FL 33131

Patricia Redmond, Esq.
Stearns Weaver Et Al
150 W Flagler St Ste 2200
Miami, FL 33130-1545